UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA RILEY, LISA MARIE CATALANO, SANDY PANARELLO and AMANDA MEDINA<br><br>Plaintiffs<br><br>vs.<br><br>GENERAL EMPLOYMENT ENTERPRISES, TRIAD PERSONNEL SERVICES INC, GREGRORY CHRISOS, HERBERT IMHOFF and KIM CULLEN<br><br>Defendants. | 04-12318 RWZ<br><br>MAGISTRATE JUDGE _LPC_<br><br>Civil Action No.<br>RECEIPT # 59733<br>AMOUNT $ 150 (X)<br>SUMMONS ISSUED N/A<br>LOCAL RULE 4.1 _____<br>WAIVER FORM _____<br>MCF ISSUED _____<br>BY DPTY. CLK. _____<br>DATE 11/1/2004 |

## NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Defendant Herbert Imhoff respectfully submits that:

1. On or about October 20, 2004, he was served with a Complaint in a matter entitled <u>Lisa Riley, Lisa Marie Catalano, Sandy Panarello and Amanda Medina v. General Employment Enterprises, Triad Personnel Services Inc, Gregrory Chrisos, Herbert Imhoff, and Kim Cullen</u>, Civil Action No. 04-3270, which was filed in Massachusetts Superior Court, Middlesex County.

2. The process, pleadings, and orders served upon Defendant Imhoff to date in this matter, copies of which are attached hereto as <u>Exhibit A</u>, are as follows:

    a. Complaint;

    b. Amended Complaint; and

  c. Answer of Gregory Chrisos.

3.  This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, because there is diversity of citizenship, the parties being of different states. In Section II of Plaintiffs' Complaint, Plaintiffs state that Plaintiffs Riley and Catalano are residents of the State of Massachusetts and that Plaintiffs Panarello and Medina are residents of the State of Florida. Defendant Imhoff is a resident of the State of Illinois. Defendants General Employment Enterprises, Inc. and Triad Personnel Services, Inc. are corporations, which are incorporated in Illinois and have their principal places of business in Illinois. Defendant Chrisos is a resident of the State of Illinois and Defendant Cullen is a resident of the State of New Hampshire. Further, Plaintiffs have alleged causes of action, the potential recovery for which exceeds the $75,000 jurisdictional prerequisite, exclusive of interest and costs. Therefore, there is complete diversity between the Plaintiffs and Defendants.

4.  Accordingly, this action is removable to this Court under 28 U.S.C. § 1441.

5.  Defendant Imhoff will notify the Middlesex Superior Court and all parties of this Notice of Removal by filing with the Superior Court a Notice of Filing of Notice of Removal. A copy of that notification, which will be sent to the Middlesex Superior Court, is attached hereto as <u>Exhibit B</u>.

6.  Defendants General Employment Enterprises, Inc., Triad Personnel Services, Inc., Gregory Chrisos, and Kim Cullen assent to the removal of the action.

Respectfully submitted,

HERBERT IMHOFF

By his attorney,

_____
Jeffrey S. Brody, BBO # 566032
JACKSON LEWIS LLP
75 Park Plaza
Boston, Massachusetts 02116
(617) 367-0025

Dated: November __, 2004

## CERTIFICATE OF SERVICE

This is to certify that on November __, 2004, a copy of the foregoing document was served upon Plaintiffs' attorney, Elizabeth A. Rodgers, Rodgers, Powers & Schwartz LLP, 18 Tremont Street, Boston, MA 02108, and Defendant Gregory Chrisos's attorney, Cheryl Waterhouse, Donovan Hatem LLP, Two Seaport Lane, Boston, MA 02210, by first-class mail, postage prepaid.

_____
Jackson Lewis LLP