## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.                                                                                   SUPERIOR COURT

---

LISA RILEY, LISA MARIE CATALANO, SANDY PANARELLO and AMANDA MEDINA

                      Plaintiffs

vs.

GENERAL EMPLOYMENT ENTERPRISES, TRIAD PERSONNEL SERVICES INC, GREGRORY CHRISOS, HERBERT IMHOFF and KIM CULLEN

                      Defendants.

Civil Action No. 04-3270

---

### NOTICE OF FILING OF NOTICE OF REMOVAL

To:    Civil Clerk's Office
        Middlesex County Superior Court
        40 Thorndike Street
        Cambridge, MA  02141

PLEASE TAKE NOTICE that a Notice of Removal in the above action from the Superior Court, Middlesex County, has been duly filed in the U.S. District Court for the District of Massachusetts. Attached hereto as Exhibit A is a certified copy of that Notice of Removal.

                                              Respectfully submitted,

                                              HERBERT IMHOFF

                                              By his attorney,

                                              Jeffrey S. Brody, BBO #566032
                                              JACKSON LEWIS LLP
                                              75 Park Plaza
                                              Boston, Massachusetts  02116

Dated: November __, 2004             (617) 367-0025

## CERTIFICATE OF SERVICE

This is to certify that on November 1, 2004, a copy of the foregoing document was served upon Plaintiffs' attorney, Elizabeth A. Rodgers, Rodgers, Powers & Schwartz LLP, 18 Tremont Street, Boston, MA 02108, and Defendant Gregory Chrisos's attorney, Cheryl Waterhouse, Donovan Hatem LLP, Two Seaport Lane, Boston, MA 02210, by first-class mail, postage prepaid.

_____
Jackson Lewis LLP