UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

LISA RILEY, LISA MARIE CATALANO, SANDY PANARELLO and AMANDA MEDINA

Plaintiffs

vs.

GENERAL EMPLOYMENT ENTERPRISES, TRIAD PERSONNEL SERVICES INC, GREGRORY CHRISOS, HERBERT IMHOFF and KIM CULLEN

Defendants.

Civil Action No.

04-12318RWZ

---

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT TRIAD PERSONNEL SERVICES, INC.

Defendant Triad Personnel Services, Inc. ("Triad") is a corporation organized under the laws of the State of Illinois. Triad's parent company, General Employment Enterprises, Inc., is a publicly held company that owns more than 10% of Triad's stock. General Employment Enterprises, Inc. has filed a corporate disclosure statement in this matter.

Respectfully submitted,

TRIAD PERSONNEL SERVICES, INC.

By its attorney,

_____
Jeffrey S. Brody, BBO #566032
JACKSON LEWIS LLP
75 Park Plaza
Boston, Massachusetts 02116
(617) 367-0025

Dated: November 1, 2004

## CERTIFICATE OF SERVICE

This is to certify that on November ___, 2004, a copy of the foregoing document was served upon Plaintiffs' attorney, Elizabeth A. Rodgers, Rodgers, Powers & Schwartz LLP, 18 Tremont Street, Boston, MA 02108, and Defendant Gregory Chrisos's attorney, Cheryl Waterhouse, Donovan Hatem LLP, Two Seaport Lane, Boston, MA 02210, by first-class mail, postage prepaid.

_____
Jackson Lewis LLP