UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

LISA RILEY, LISA MARIE CATALANO, SANDY PANARELLO and AMANDA MEDINA

Plaintiffs,

vs.

GENERAL EMPLOYMENT ENTERPRISES, TRIAD PERSONNEL SERVICES INC, GREGRORY CHRISOS, HERBERT IMHOFF and KIM CULLEN

Defendants.

04-12318RWZ

Civil Action No.

---

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT GENERAL EMPLOYMENT ENTERPRISES, INC.

Defendant General Employment Enterprises, Inc. ("General Employment") is a corporation organized under the laws of the State of Illinois. General Employment does not have a parent company. Further, no publicly held company owns 10% or more of General Employment's stock.

Respectfully submitted,

GENERAL EMPLOYMENT ENTERPRISES, INC.

By its attorney,

_____
Jeffrey S. Brody, BBO #566032
JACKSON LEWIS LLP
75 Park Plaza
Boston, Massachusetts 02116
(617) 367-0025

Dated: November 1, 2004

## CERTIFICATE OF SERVICE

  This is to certify that on November ___, 2004, a copy of the foregoing document was served upon Plaintiffs' attorney, Elizabeth A. Rodgers, Rodgers, Powers & Schwartz LLP, 18 Tremont Street, Boston, MA 02108, and Defendant Gregory Chrisos's attorney, Cheryl Waterhouse, Donovan Hatem LLP, Two Seaport Lane, Boston, MA 02210 by first-class mail, postage prepaid.

_____
Jackson Lewis LLP