UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12318RWZ

| | |
|---|---|
| LISA RILEY, LISA MARIE CATALANO, SANDY PANARELLO AND AMANDA MEDINA,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL EMPLOYMENT ENTERPRISES, TRIAD PERSONNEL SERVICES INC., GREGORY CHRISOS, HERBERT F. IMHOFF, JR., AND KIM CULLEN,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of Christian G. Samito of Donovan Hatem LLP as counsel for the defendant Gregory Chrisos in the above-captioned matter.

Respectfully submitted,
GREGORY CHRISOS,
By his attorneys,

Cheryl A. Waterhouse, BBO #547058
Christian G. Samito, BBO #639825
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

Dated: November 18, 2004

1

## CERTIFICATE OF SERVICE

    I, Christian G. Samito, hereby certify that on this 18th day of November, 2004, I served the foregoing *Notice of Appearance* upon the other parties to this action by causing a copy thereof to be delivered by first-class mail, postage pre-paid, to Elizabeth A. Rodgers, Esq., Rodgers, Powers & Schwartz, 18 Tremont Street, Boston, MA 02108 and by first class mail to Julie Trester, Esq., Meckler Bulger & Tilson, 123 North Wacker Drive, Chicago, Ill 60606 and to Jeffrey S. Brody, Esq., Jackson Lewis LLP, 75 Park Plaza, 4th Floor, Boston, MA 02116.

                                                    Christian G. Samito

00877498