UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12318RWZ

LISA RILEY, LISA MARIE CATALANO, )
SANDY PANARELLO AND )
AMANDA MEDINA, )
)
    Plaintiffs, )
)
v. )
)
GENERAL EMPLOYMENT )
ENTERPRISES, TRIAD PERSONNEL )
SERVICES INC., GREGORY CHRISOS, )
HERBERT F. IMHOFF, JR., )
AND KIM CULLEN, )
)
    Defendants. )

## NOTICE OF APPEARANCE

Please enter the appearance of Cheryl A. Waterhouse of Donovan Hatem LLP as counsel for the defendant Gregory Chrisos in the above-captioned matter.

                       Respectfully submitted,
                       GREGORY CHRISOS,
                       By his attorneys,

                       */s/ Cheryl A. Waterhouse*
                       Cheryl A. Waterhouse, BBO #547058
                       Christian G. Samito, BBO #639825
                       Donovan Hatem LLP
                       Two Seaport Lane
                       Boston, MA 02210
                       (617) 406-4500

Dated: November 18, 2004

## CERTIFICATE OF SERVICE

      I, Christian G. Samito, hereby certify that on this 18th day of November, 2004, I served the foregoing *Notice of Appearance* upon the other parties to this action by causing a copy thereof to be delivered by first-class mail, postage pre-paid, to Elizabeth A. Rodgers, Esq., Rodgers, Powers & Schwartz, 18 Tremont Street, Boston, MA 02108 and by first class mail to Julie Trester, Esq., Meckler Bulger & Tilson, 123 North Wacker Drive, Chicago, Ill 60606 and to Jeffrey S. Brody, Esq., Jackson Lewis LLP, 75 Park Plaza, 4th Floor, Boston, MA 02116.

                                                                        Christian G. Samito

00877502