UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

LISA RILEY, LISA MARIE CATALANO,
SANDY PANARELLO and
AMANDA MEDINA,
        Plaintiffs

v.

GENERAL EMPLOYMENT
ENTERPRISES, TRIAD PERSONNEL
SERVICES INC, GREGRORY CHRISOS,
HERBERT IMHOFF and KIM CULLEN,
        Defendants

Civil Action No. 04-12318-RWZ

---

## JOINT STATEMENT REGARDING PRETRIAL SCHEDULE

The parties submit this Joint Statement pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts and the Court's Notice of Scheduling Conference. This matter was removed to this Court by Defendant Imhoff and Plaintiffs recently filed a motion to remand the case to Superior Court. Defendants will jointly be filing an opposition to Plaintiffs' motion to remand.[1] Until that motion is heard, the parties agree and request that the Court approve the following proposed Pretrial Schedule and Discovery Plan.

### Proposed Pretrial Schedule and Discovery Plan

January 14, 2005    Deadline for providing initial disclosures.

March 4, 2005    Deadline for promulgation of all initial written discovery requests, requests for documents, and requests for admission. The parties anticipate they will exceed the number of discovery events allowed by Local Rule 26.1(C) and propose to limit the number of discovery events as follows: each side may promulgate to each party up to twenty-five (25) interrogatories, twenty-five (25) requests for admission, and two (2)

---

[1] Plaintiffs claim in part that Defendant Chrisos failed properly to expressly consent to the removal. It is Defendants' position that all Defendants properly consented in the removal and hereby reaffirm that consent in this joint statement.

separate sets of requests for production. Defendants propose that each side may conduct up to fifteen (15) depositions. Plaintiffs do not agree with Defendants' proposal as to the depositions; Plaintiffs propose that Defendants may conduct up to fifteen (15) depositions in total and Plaintiffs may conduct up to fifteen (15) depositions in total. For purposes of this joint statement, the parties agree that there are nine separate parties (as named in the caption) and three "sides" in this action (Plaintiffs, Defendant Chrisos, and the remaining Defendants).

| | |
|---|---|
| May 2, 2005 | Deadline for serving responses to initial written discovery requests, requests for documents, and requests for admission. |
| September 30, 2005 | Deadline for completion of all fact discovery, including requests for production of documents, interrogatories and fact witness depositions. Defendants propose that the deposition of any individual party and one company representative in the case of a corporate party shall not be limited to seven hours or to one day. Plaintiffs do not agree to Defendants' proposal. |
| January 6, 2006 | Deadline for filing dispositive motions, if any party determines that such a motion is appropriate. |
| February 6, 2006 | Deadline for filing oppositions, if any, to dispositive motions. Defendants propose that a moving party may file a reply to the opposition of the responding party. Plaintiffs object and state that such reply should only be permitted with leave of court. |
| April 3, 2006 | Plaintiffs to disclose their experts and expert reports. |
| May 3, 2006 | Defendants to disclose their expert and expert reports. |
| July 20, 2006 | Depositions of Plaintiffs' and Defendants' experts to be completed. |
| TBD by Court | Trial |

The parties understand and agree that this discovery schedule assumes the cooperation of the parties, all third party witnesses, and expert witnesses. The parties further agree that requests for additional time for discovery may be made and shall be reasonably agreed to in the event of delays occasioned by discovery disputes requiring a decision by the Court, and/or the unavailability of fact or expert witnesses due to vacation or work schedules.

## Certifications

Each party will submit under separate cover the certification required by Local Rule 16.1(D)(3).

WHEREFORE, the parties respectfully request that the Court approve their Proposed Pretrial Schedule and Discovery Plan, with such amendments as the Court deems just and proper.

Respectfully submitted,

| | |
|---|---|
| LISA RILEY, LISA MARIE CATALANO, SANDY PANARELLO and AMANDA MEDINA | GENERAL EMPLOYMENT ENTERPRISES, INC., TRIAD PERSONNEL SERVICES, INC., HERBERT IMHOFF, JR., and KIM CULLEN |
| By their attorneys, | By their attorneys, |
| /s/ Elizabeth A. Rodgers  (hls) <br> Elizabeth A. Rodgers, BBO #424360 <br> Rodgers, Powers & Schwartz LLP <br> 18 Tremont Street <br> Boston, MA 02108 <br> (617) 742-7010 | /s/ Heather L. Stepler <br> Jeffrey S. Brody, BBO #566032 <br> Heather Stepler, BBO #654269 <br> JACKSON LEWIS LLP <br> 75 Park Plaza, 4th Floor <br> Boston, MA 02116 <br> (617) 367-0025; (617) 367-2155 – fax |

GREGORY CHRISOS

By his attorneys,

/s/ Cheryl A. Waterhouse   (hls)
Cheryl A. Waterhouse, BBO #547058
Christian G. Samito, BBO #639825
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02110
(617) 406-4500

Dated: November 30, 2004