# RODGERS, POWERS & SCHWARTZ LLP

18 Tremont Street  
Boston, MA 02108  
Tel. (617) 742-7010  
Fax (617) 742-7225

*ATTORNEYS AT LAW*

Elizabeth A. Rodgers  
Email ERodgers@TheEmploymentLawyers.com

November 29, 2004

Jay Johnson, Docket Clerk  
Judge Rya W. Zobel  
John Joseph Moakley U.S. Courthouse  
One Courthouse Way, Suite 6110  
Boston, MA 02210

Re: ***Lisa Riley, Lisa Marie Catalano, Sandy Panarello and Amanda Medina v. General Employment Enterprises, TRIAD Personnel Services Inc., Gregory Chrisos, Herbert Imhoff and Kim Cullen***  
**C.A. No. 04-12318-RWZ**

Dear Mr. Johnson,

I am writing to request that the Joint Scheduling Conference for the above-captioned action be re-scheduled in order to accommodate Plaintiffs' attorney's schedule. The conference is currently scheduled for December 8, 2004. On that day, Plaintiffs' counsel, Elizabeth A. Rodgers, must appear in state court in Middlesex Superior Court, Lowell to argue a summary judgment motion in Joseph Curley v. Sentry Ins. et al., C.A. 03-2825, another matter involving multiple parties. In conference this morning, all parties indicated that they are amicable to Plaintiffs' request and available to attend a re-scheduled Joint Scheduling Conference on either December 14 or December 8, should the Court allow.

Please indicate whether the Court is amenable to re-scheduling the December 8th Conference. Should you have any questions or concerns, please do not hesitate to contact me.

Respectfully,

*Elizabeth A. Rodgers*

Elizabeth A. Rodgers

cc: Jeffrey S. Brody  
    Heather Stepler  
    Cheryl A. Waterhouse  
    Christian G. Samito

Harvey A. Schwartz, P.C.  
Kevin G. Powers  
Elizabeth A. Rodgers  
Jonathan J. Margolis  
Robert S. Mantell  
Linda Evans  
Laurie A. Frankl

www.TheEmploymentLawyers.com