UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LISA RILEY, LISA MARIE CATALANO,
SANDY PANARELLO and
AMANDA MEDINA,
        Plaintiffs

v.

GENERAL EMPLOYMENT
ENTERPRISES, TRIAD PERSONNEL
SERVICES INC, GREGRORY CHRISOS,
HERBERT IMHOFF and KIM CULLEN,
        Defendants

Civil Action No. 04-12318-RWZ

## ASSENTED TO MOTION TO AMEND THE COMPLAINT

The plaintiffs hereby move to amend the complaint as to Gregory Chrisos, to correct typographical and formatting errors in the first complaint. The amended complaint was filed in state court on or about October 21, 2004, and is in the package of documents removed from state court to this court on November 22, 2004. The amended complaint has already been served upon and answered by the other defendants, prior to their answering the original complaint.

Respectfully submitted,

| | |
|---|---|
| LISA RILEY, LISA MARIE CATALANO, SANDY PANARELLO and AMANDA MEDINA | GENERAL EMPLOYMENT ENTERPRISES, INC., TRIAD PERSONNEL SERVICES, INC., HERBERT IMHOFF, JR., and KIM CULLEN |
| By their attorneys, | By their attorneys, |
| /s/ Elizabeth A. Rodgers | /s/ Jeffrey S. Brody |
| Elizabeth A. Rodgers, BBO #424360 | Jeffrey S. Brody, BBO #566032 |
| Rodgers, Powers & Schwartz LLP | Heather Stepler, BBO #654269 |
| 18 Tremont Street | JACKSON LEWIS LLP |
| Boston, MA 02108 | 75 Park Plaza, 4th Floor |
| (617) 742-7010 | Boston, MA  02116 |
| | (617) 367-0025; (617) 367-2155 – fax |

GREGORY CHRISOS

By his attorneys,

____/s/ Christian G. Samito_____
Cheryl A. Waterhouse, BBO #547058
Christian G. Samito, BBO #639825
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02110
(617) 406-4500

Dated: December 2, 2004