UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

LISA RILEY, LISA MARIE CATALANO,
SANDY PANARELLO and
AMANDA MEDINA,
        Plaintiffs

v.

GENERAL EMPLOYMENT
ENTERPRISES, TRIAD PERSONNEL
SERVICES INC, GREGRORY CHRISOS,
HERBERT IMHOFF and KIM CULLEN,
        Defendants

Civil Action No. 04-12318-RWZ

---

## AFFIDAVIT OF JEFFREY S. BRODY

Jeffrey S. Brody, on oath, deposes and says as follows:

1. I am a partner of Jackson Lewis LLP, a firm with an office at 75 Park Plaza, Boston, Massachusetts, 02116. I am defending General Employment Enterprises, Inc., Triad Personnel Services, Inc., Herbert Imhoff, Jr., and Kim Cullen in this action.

2. On October 20, 2004, I accepted service in this matter on behalf of Defendant Imhoff.

3. On November 1, 2004, this firm removed the case on behalf of Defendant Imhoff to this Court from Middlesex Superior Court.

4. Prior to removing the case to this Court, I contacted Cheryl Waterhouse, Defendant Chrisos's counsel, to obtain Defendant Chrisos's consent in removal. Attorney Waterhouse provided that consent and authorized Defendant Imhoff to so indicate in his Notice of Removal.

5. Defendant Chrisos's consent to the removal was explicitly set forth in the Notice of Removal.

I declare under the pains and penalties of perjury that the foregoing is true and correct. Executed on December 7, 2004.

_____
Jeffrey S. Brody