UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

LISA RILEY, LISA MARIE CATALANO,
SANDY PANARELLO and
AMANDA MEDINA,
          Plaintiffs

v.

GENERAL EMPLOYMENT
ENTERPRISES, TRIAD PERSONNEL
SERVICES INC, GREGRORY CHRISOS,
HERBERT IMHOFF and KIM CULLEN,
          Defendants

Civil Action No. 04-12318-RWZ

---

### DEFENDANTS' LOCAL RULE 16.1 CERTIFICATION

Defendants, General Employment Enterprises, Inc. and Triad Personnel Services, Inc., and the undersigned counsel for Defendants, in accordance with Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, hereby certify that they have conferred:

- with a view to establishing a budget for the cost of this litigation; and
- to consider the resolution of this case through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

Respectfully submitted,

FOR General Employment Enterprises, Inc.    COUNSEL FOR DEFENDANTS
and Triad Personnel Services, Inc.

_____    _____
Herbert Imhoff, Jr.                               Jeffrey S. Brody, BBO #566032
Chief Executive Officer                  Heather Stepler, BBO #654269
General Employment Enterprises, Inc.    JACKSON LEWIS LLP
                                                                75 Park Plaza, 4th Floor
                                                                Boston, MA 02116
                                                                 (617) 367-0025; (617) 367-2155 – fax

Dated: December 7, 2004