UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12318RWZ

| | |
|---|---|
| LISA RILEY, LISA MARIE CATALANO, SANDY PANARELLO AND AMANDA MEDINA, <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL EMPLOYMENT ENTERPRISES, TRIAD PERSONNEL SERVICES INC., GREGORY CHRISOS, HERBERT F. IMHOFF, JR., AND KIM CULLEN, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**CERTIFICATION OF DEFENDANT GREGORY CHRISOS**
**PURSUANT TO L.R. 16.1(D)(3)**

Defendant Gregory Chrisos, by counsel, hereby certifies that he and counsel have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution.

_____
Gregory Chrisos

1

> Respectfully submitted,
> GREGORY CHRISOS,
> By his attorneys,
>
> /s/ Christian G. Samito
> Cheryl A. Waterhouse, BBO #547058
> Christian G. Samito, BBO #639825
> Donovan Hatem LLP
> Two Seaport Lane
> Boston, MA 02210
> (617) 406-4500

Dated: December 8, 2004