UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------

LISA RILEY, LISA MARIE CATALANO,
SANDY PANARELLO and
AMANDA MEDINA,
                    Plaintiffs

v.

GENERAL EMPLOYMENT
ENTERPRISES, TRIAD PERSONNEL
SERVICES INC, GREGRORY CHRISOS,
HERBERT IMHOFF and KIM CULLEN,
                    Defendants

Civil Action No. 04-12318-RWZ

------------------------------------------------------

## PLAINTIFFS' CERTIFICATION OF CONFERENCE
## PURSUANT TO LOCAL RULE 16.1(D)(3)

Plaintiffs hereby certify that they have conferred with counsel as to the timeline and projected costs of both litigation and alternative dispute resolution, including voluntary mediation, arbitration and trial by magistrate.

Respectfully submitted by
Plaintiffs' counsel,

Elizabeth A. Rodgers
BBO##424360
Rodgers, Powers & Schwartz LLP
18 Tremont Street, Suite 500
Boston, MA 02108
617-742-7010

Date: December 9, 2004

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was
served upon the attorney of record for each other party
by mail (by hand) on  12 / 9 / 04  .