UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------

LISA RILEY, LISA MARIE CATALANO,
SANDY PANARELLO and
AMANDA MEDINA,
          Plaintiffs

v.

GENERAL EMPLOYMENT
ENTERPRISES, TRIAD PERSONNEL
SERVICES INC, GREGRORY CHRISOS,
HERBERT IMHOFF and KIM CULLEN,
          Defendants

Civil Action No. 04-12318-RWZ

------------------------------------------------------------

## DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFFS' REPLY MEMORANDUM

Defendants General Employment Enterprises, Inc., Triad Personnel Services, Inc., Herbert Imhoff, Jr., Kim Cullen, and Gregory Chrisos jointly request leave to file a Sur-Reply of six pages to respond Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion to Remand to Superior Court, assuming the Court accepts Plaintiffs' Reply Memorandum.

Defendants request leave to file this brief Sur-Reply to address three distinct errors of fact and law contained for the first time in Plaintiffs' 11-page Reply Memorandum and to assist the Court in reaching its ruling on the issues presented. Specifically, Plaintiffs ignore the clear modern trend around the country allowing each defendant 30 days from service to remove a case to Federal Court. Plaintiffs also incorrectly interpret the law relating to manifestation of consent of all defendants in removal. In addition, Plaintiffs confuse subject matter jurisdiction with alleged procedural defects in the removal process (the latter of which can be waived by a party and was waived by Plaintiffs in this case).

For the Court's convenience, the proposed Sur-Reply is attached hereto at Tab A.

WHEREFORE, Defendants respectfully request leave to file the attached Sur-Reply to Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion to Remand to Superior Court.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Defendants General Employment Enterprises, Inc., Triad Personnel Services, Inc., Herbert Imhoff, Jr., and Kim Cullen, certify that they, through Heather Stepler, conferred with Plaintiffs' counsel, Elizabeth Rodgers, on December 15, 2004, regarding the filing of this Motion for Leave to File Sur-Reply to Plaintiffs' Reply Memorandum.    Plaintiffs' counsel indicated that Plaintiffs would not assent to the granting of Defendants' Motion for Leave to File Sur-Reply to Plaintiffs' Reply Memorandum.

Respectfully submitted,

GENERAL EMPLOYMENT ENTERPRISES, INC., TRIAD PERSONNEL SERVICES, INC., HERBERT IMHOFF, JR., and KIM CULLEN

By their attorneys,

Jeffrey S. Brody, BBO #566032
Heather Stepler, BBO #654269
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, MA 02116
(617) 367-0025; (617) 367-2155 – fax

Dated: December 15, 2004

GREGORY CHRISOS

By his attorneys,

Cheryl A. Waterhouse, BBO #547058
Christian G. Samito, BBO #639825
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02110
(617) 406-4500

2