# RODGERS, POWERS &SCHWARTZ LLP

18 Tremont Street     *ATTORNEYS AT LAW*
Boston, MA 02108
Tel. (617) 742-7010
Fax (617) 742-7225

Sara Smolik
Sara@theemploymentlawyers.com

August 29, 2005

Honorable Rya W. Zobel
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 6110
Boston, MA 02210

       Re: <u>Riley et al. v. General Employment Enterprises et al.</u>
          C.A. No. 1:04-cv-12318

Dear Judge Zobel,

     I write to you on behalf of the plaintiffs in the above-referenced matter. This action, which was originally filed in Massachusetts Superior Court in August 2004, was removed to federal court in late October of last year. Shortly thereafter, Plaintiffs filed a Motion to Remand and all activity in this case halted pending this Court's resolution of that motion. On August 17, 2005, this Court denied Plaintiffs' Motion and ordered a scheduling conference to be held September 7, 2005, thus resuming activity in the case.

     Lead counsel for the plaintiffs, Elizabeth A. Rodgers, was out of state on vacation with her family from August 15, 2005 until today. Pursuant to Local Rule 16.1, Plaintiffs are required to present a written settlement proposal to all defendants no later than 10 days before the scheduling conference; in this case, that proposal was due Sunday, August 28, 2005, making it due today.

     Because of counsel's vacation schedule, the suspended activity in this case pending the Court's decision on Plaintiff's Motion, and the recent ordering of the Scheduling Conference, *Plaintiffs request an extension* to present their written settlement proposal to Defendants. Plaintiffs' counsel, Attorney Rodgers, hopes that she can reach all four of her clients by the end of the day Tuesday, August 30th, but, if not, requests permission to present a written settlement proposal to Defendants by the end of the day Wednesday, September 1, 2005, a two (2) day extension from the proposal's original deadline under Local Rule 16.1.

Harvey A. Schwartz, P.C.
Kevin G. Powers, P.C.
Elizabeth A. Rodgers
Jonathan J. Margolis
Robert S. Mantell
Linda Evans
Laurie A. Frankl
Sara Smolik

RODGERS, POWERS & SCHWARTZ LLP

Page 2

Plaintiffs' counsel respectfully requests that the Court contact her if it cannot grant this extension of time, or if any further information is necessary.

Sincerely,

Sara Smolik

cc: Jeffrey Brody, Esq.
    Christian Samito, Esq.