UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

LISA RILEY, LISA MARIE CATALANO,
SANDY PANARELLO and
AMANDA MEDINA,
        Plaintiffs

v.

GENERAL EMPLOYMENT
ENTERPRISES, TRIAD PERSONNEL
SERVICES INC, GREGRORY CHRISOS,
HERBERT IMHOFF and KIM CULLEN,
        Defendants

Civil Action No. 04-12318-RWZ

---

### NOTICE OF APPEARANCE

Please enter the appearance of Sara Smolik of Rodgers, Powers & Schwartz LLP as counsel for the plaintiffs, Lisa Riley, Lisa Marie Catalano, Sandy Panarello and Amanda Medina, in the above-captioned matter.

    Respectfully submitted
    LISA RILEY, LISA MARIE CATALANO,
    SANDY PANARELLO and AMANDA MEDINA,
    By their counsel,

    _____
    Elizabeth A. Rodgers, BBO##424360
    Sara Smolik, BBO #661341
    Rodgers, Powers & Schwartz LLP
    18 Tremont Street, Suite 500
    Boston, MA 02108
    617-742-7010

Date: October 21, 2005

**CERTIFICATE OF SERVICE**

    I, Sara Smolik, hereby certify that on this 21st day of October, 2005, I served the foregoing Notice of Appearance upon the other parties to this action by first-class mail.

                                                            Sara Smolik