UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

LISA RILEY, LISA MARIE CATALANO,
SANDY PANARELLO and
AMANDA MEDINA,
          Plaintiffs

v.

GENERAL EMPLOYMENT
ENTERPRISES, TRIAD PERSONNEL
SERVICES INC, GREGRORY CHRISOS,
HERBERT IMHOFF and KIM CULLEN,
          Defendants

Civil Action No. 04-12318-RWZ

---

## PLAINTIFFS' MOTION FOR PROTECTIVE ORDER

Lisa Riley, Lisa Marie Catalano, Sandy Panarello and Amanda Medina, Plaintiffs in the above-captioned matter, hereby move the court to issue an order, pursuant to Fed. Rule Civ. Pro. 26(c), protecting Plaintiffs from discovery – through interrogatories, document requests, depositions or otherwise – of information sought with the intent of annoying, embarrassing and/or oppressing the Plaintiffs in this action. Specifically, Plaintiffs request that this court issue an order protecting them from discovery of the following information:

1) trade secret and other confidential research, development and commercial information related to Plaintiffs Riley, Catalano and Panarello's new business, SmarteStaff;

2) medical, including psychiatric, records of Plaintiff Amanda Medina;

3) medical, including psychiatric, records of Plaintiff Lisa Riley.

In support of their motion, Plaintiffs respectfully state that, in compliance with the rule, they have, through their attorneys and in good faith, met with the defendants and attempted to

resolve disputes related to the discovery of this information. To date, those efforts have been unsuccessful.

Respectfully submitted by
Plaintiffs' counsel,

Elizabeth A. Rodgers, BBO#424360
Sara Smolik, BBO#661341
Rodgers, Powers & Schwartz LLP
18 Tremont Street, Suite 500
Boston, MA 02108
617-742-7010

Date: October 25, 2005

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 10/25/2005