# **EXHIBIT A**

Statement of Amanda ("Mandy") July 22, 2003

I, Amanda Medina, of 71 Washington St., Peabody, MA 01960 started at Generation Technologies on about May 17, 2002 in the Wakefield branch,reporting to Lisa Riley. I was promoted from administrative assistant to Information Technology recruiter. I had made a lot of placements in my first three months.

Around Thanksgiving of 2002, Greg Chrisos, the Vice President of the East Coast, had sent and email to all members of the office and I had replied wishing him and his family a happy Thanksgiving. I believe it was from work. Greg called me at my home to compliment me on my good work and to thank me for my email. I was very moved by this; I was proud of my performance at work and shared the compliment with my mother. Around the same time, Chrisos had asked me for my personal email address.

At the time, I believe Chrisos knew or found out I was 19 because I did not drink alcohol when he brought it to the office when a woman Monica Freeman left. It was generally known in the office that it was a big deal that I was such a young employee and was performing so well.

In March 2003 I was seeing a therapist for depression and was given medication. I was hospitalized and took a leave of absence. Lisa Reily was incredibily good to me and urged me to come back to work, gave me a reduced schedule, and reduced wage, and talked to me about taking more classes. I returned to work in May, 2003.

I repeatedly avoided giving my email address to him, but he persisted for eight months. When the phone is ringing, in the office, many times I would answer and it would be his voice. He would repeatedly ask for my home email address. About a week before his visit to the office in July, 2003, I eventually gave him my Yahoo! account, which I use to work from my home. On July 11, 2003, I arrived at work around 10 AM. Greg Chrisos was at the office and sitting near my supervisor, Lisa Riley. I sit in another area of the office. Everyone in the office had been anticipating Chrisos' visit all week and were planning on going out after work. The event was not required, but was encouraged. I, who do not have a car, was concerned about getting a ride to the event and getting home afterward.

On Thursday, July 10, 2003, I received an email that Chrisos sent to my Yahoo! account. He had said he loved my voice, and always thought I had an English voice. I was trying to think of something witty to say, to close it, and I thought English Chap was friendly, not sexual.

On July 11, right at 9 a.m. Chrisos came over to my desk and we talked about his trip to Boston. We also spoke briefly about an email he had recently sent me. He asked if I had gotten it. He said you did give me your email address. I said I forgotten to send it. . I asked if his trip was safe. I was trying to keep it neutral. I was trying to find a common ground.

Chrisos told me that we would have a chance to talk again, later in the day, one-on-one. I and Chrisos had spoken before.

I opened his email and was taken aback. He replied to the effect that I was an English Tart. That was sexual and inappropriate. He also said he had always had a rush with me, which was was sexual and inappropriate. At lunch time I discussed my discomfort about Chrisos' email with Marcea. I asked Marcea, who sat next to me, to read the email because the message's tone made my uncomfortable and I thought it might be inappropriate for my supervisor to be addressing me in this manner. I read the email to

1

Statement of Amanda ("Mandy") July 22, 2003

Marcea, who agreed that the tone was inappropriate. It made me feel uncomfortable. I didn't think a supervisor, so much older than me, should be taking that tone with me. I thought it was a sexual overture. I said I didn't think it was appropriate.

Marcea revealed to me that when Marcea had her one-on-one meeting with Chrisos, he had spent most of the time asking Marcea about me. Chrisos asked Marcea how I thought I was feeling, whether I was having any personal problems that might be affecting my work.

Around 4 p.m. that day, I went into an office to have a one-on-one meeting with Chrisos. He asked me about my job and how I was performing. I told him that I was stressed out by things in my personal life: moving out of my mother's home, being without a car, my brother recently enlisting in the Army. I told Chrisos that I feared my personal problems were affecting my work, and I was trying very hard to continue performing at a high level. I knew that my productivity had recently decreased. I told Chrisos that I was now seeing a therapist and taking medication to help my balance my personal anxieties and my work responsibilities. Still, I explained to Chrisos that I was worried I wasn't connecting with the team because of my new, part-time schedule and worried that I wasn't making the company enough money. Greg said I had a good support system and a lot of people who believed in me and a lot of people would help me.

At 5 p.m. I left for Carloon's, a local restaurant and pub, with co-worker Gerry. We arrived at Carloon's about the same time as Lisa Riley and were one of the first people to arrive. In total, about 10 people from the Gen Tech offices in Woburn and Wakefield attended the event. When I first arrived, I sat between Marcea and Dewayne and Chrisos was across the table.

The group ordered drinks and appetizers and at some point, Marcea, Lisa, Dawn and I went outside to smoke a cigarette. I joined a conversation with Lisa and Dawn and added how I tend to avoid confrontation and this was something I needed to work on. After this, Chrisos came out to join us. . The conversation became less about business and more personal. I felt that Chrisos kept looking at my chest, staring at me and patting my back and shoulders. I felt very uncomfortable and I tried to engage in the conversation.

The group went back inside the restaurant, ordered more food and drinks. Dewayne, Mike, Gerry and Kim left the restaurant, and the only male employee who stayed (besides Chrisos) was Brett. They had been eating fortune cookies and I had commented that I really liked my fortune. I and my co-workers frequently ordered Chinese food for lunch and I had a collection of fortunes taped to my computer monitor at work.

I went outside again to have a cigarette and Chrisos followed me. He asked me what I was doing the next day (Saturday) and what I was doing later that night, whether I was going out or going home. I told him that I didn't know my plans for the night, but on Saturday I was going to the beach. He asked which one; I told him Nahant Beach. Chrisos said he had a family function on Saturday that was, coincidentally, near Nahant. Chrisos asked I if I would be finished at the beach by 5 PM and whether I wanted to go out for a drink, dinner or something fun. I tried to put him off, but he was my boss so I didn't want to make him hostile by rejecting him outright so I tried to avoid the situation by saying I wasn't sure about that, maybe they could play it by ear. Chrisos then handed me a piece of paper on which he had already written his phone number, and told me to call him. This I did not do.

2

Statement of Amanda ("Mandy")  July 22, 2003

When they went back inside, Chrisos sat next to me. I noticed that my fortune was gone. Chrisos told me I left it outside and he had taken; if I wanted it back he would give it to me tomorrow (Saturday) when he saw me. Dawn was sitting to my left; I had seen things evolve through the night. I was feeling uncomfortable about Chrisos' advances and felt that I could see where things were headed.

Chrisos said that he had been talking to Lisa and didn't realize that I was only doing recruiting and not account management. He then said that I should be an account representative because, based on my looks alone, I could bring in a lot of business for the company. He said this very loudly so that everyone at the table could hear him, and I was very embarrassed.

Dawn was to my left, and Lisa and Marcy were across the table. People were getting up and down. Everyone was smoking and going in and out of the restaurant. At some point, Chrisos placed his hand on my leg, about mid-thigh, and rubbed my leg. I shifted my weight in my chair, crossed my legs, and moved so I would be facing him. Chrisos returned his hand to my knee. Chrisos again suggested that I go out with him on Saturday. He told me that he didn't realize that I hadn't done any training. I said I would like to do some training with Lisa and Marcea, because the women in my office were very successful, among the most successful employees in the company. He said "No," that they should start the training tomorrow and he would conduct it.

Dawn saw Chrisos' behavior and left the table to get Lisa. When Lisa came back she said, "Did Greg just put his hand on your leg?" I nodded slightly and tried to signal to Lisa with my eyes that I was uncomfortable. Lisa motioned for everyone (Marcea, Chrisos, Brett who works in Woburn office) to leave and said they should all be leaving now. Everyone but Dawn and I went outside. I understand that Lisa confronted Chrisos once they were outside.

Marcea came back into the restaurant and told I that they were leaving and she would give me a ride. When I got outside, I saw that Chrisos had left and I went home with Marcea. I had two alcoholic drinks while at the restaurant. I saw Chrisos have at least 3 drinks but I wasn't keeping track, and I wasn't sure how many drinks Chrisos had but he didn't seem intoxicated to me.

Later, I received a message that Chrisos left at 11:45 PM on Friday on my mother's answering machine. I had not given Chrisos my phone number and assumes he got it from my records at work. The message asked me to call him when I got it. I not call him.

I haven't been able to work or do almost anything since last Friday. I went to work on Monday, July 21. I told Lisa I hate it everything about it. I want to sleep all day. I hate it and I can't do it.

Signed under the pains and penalties of perjury,

_____
Amanda Medina

# **EXHIBIT B**

Statement of Lisa Riley, July 16, 2003

1. I have been employed at Gen Tech or its Triad subsidiaries for 8 years. This year, as in previous years, my office is among the highest billing of any Contract Staffing office. I have won each of the contests the company gives in several consecutive years, with a total of 10 awards or trophies, including the 2002 Chairman's Pinnacle Award for Outstanding Managerial Achievement; (Highest billing, most margin, and most profitable in the entire company, in an office with 6-8 people and exceeded the profitability of offices with 16 people). I am on track to again win several prestigious awards for outstanding performance this year.

2. I attended many manager meetings. At every sexual harassment training, Corky Imhoff the President/CEO would jump in and say "Listen to what she says you have to protect yourself from troublemakers". Every year he told a story over and over, one was about two male employees at a full length window and one of the males said "Bing," and we had to pay $250,000, because the administrative assistant thought she was being harassed. He repeated it often. Managers would come up behind us and say "bing" now you have to pay $200,000. Managers would say "don't stand too close, I don't want you claiming sexual harassment" or other antics like not make eye contact while speaking and laugh and say "I wouldn't want to get in trouble for sexual harassment, I better not look at you" or "I'd tell you how great you look but I wouldn't want to be accused of sexual harassment". It never went unremarked after sexual harassment, but rather would engender jokes and dismissive comments. Corky gave us an example of another case when he had to fly out to Bob Dralle's office with the Human Resources Manager to investigate a sexual harassment. He referred to "everything coming to a screeching to a halt, loosing business, and the cost of the investigation" He reminded us all that we survive on commission and we wouldn't want an investigation to happen because it would mean we would make no money. He dismissed the sexual harassment claim in Bob's office as an office dinner with drinking involved and claiming that "poor" Bob didn't do anything wrong but was just a touchy feely person and that this was 'misinterpreted'. He claimed the company found no merit and found these things got blown out of proportion. I remember that even the Human Resources Manager would sometimes deliver the training in the form of a game with questions about Sexual Harassment and multiple choice answers. It was designed to be funny and the wrong answers were exaggerated and seemed to be in the same joking and dismissive vein. I never expected that the company would view me as anything but a troublemaker if I made any complaint of sexual harassment.

3. Greg Chrisos had been exceptionally kind to me as a manager. He had given me my first professional job; he had arranged for a company loan for my down payment when I needed it and the stock market had plummeted; he had been a mentor and extremely supportive when I was a manager, when I lost my day care and he gave me a lot of flexibility during a tough time as my son was diagnosed with disability. We had a close business relationship and agreed on many business issues. I knew he was married, and I had attended cookouts at his home and I have met his wife and his children. I never expected him to sexually proposition me.

4. Greg discussed increasing the base salary increases immediately, with a six month increase thereafter, and a bonus structure was supposed to increase my pay by $5,000 per quarter, to a total increase of at least $30,000 per year over the branch manager pay. The details were not finalized.

5. On about April 12, 2002 while in Chicago attending a manager's conference, my Vice President, Greg Chrisos, solicited me for sex by requesting me to come to his room to discuss compensation. I was doing very well as a manager, and Chrisos was proposing I be made regional branch manager in Boston. He was very kind to me and knew it was an extremely low point in my personal life, I was confiding in him about extremely serious problems with my child, and he sympathized because his child also has a disability. He asked me to come to his room at a manager's conference after the Hospitality Suite had closed, after 11 pm. He left a message on the voice mail in my room, said we forgot to talk about your compensation, why not come up and we'll talk about it now. I thought it was a meeting regarding a pending promotion to regional manager. I went upstairs and he propositioned me, and did not want to talk about compensation. I was completely shocked. I was sitting in a chair when he asked me if I thought it would "screw up our relationship if we slept together". I stood up abruptly and he moved closer and began stroking his hands up and down my arms saying "you know how to be smart about this". I said "I don't' think this is a good idea" and he said he had done this before and that everything had worked out fine. He then said "I wouldn't want anything to interfere with our working relationship".

6. I felt emotionally unequipped to deal with such a thing given the state I was already in with my son's problems. I was aware that his words could be construed as veiled threats to me and I was not in a position to lose my job or have my job impacted in any way and I slept with him that weekend. It was clear from my behavior that I didn't want to be doing it.

7. The rest of the weekend was pretty much a blur to me. I was in a state of shock and panic. The second night of that weekend, I had tried to avoid him by avoiding the Hospitality Suite where everyone was but he showed up at my room very late, after 10 or 11 p.m. He continued to make ambiguous statements, things that could be taken as a threat or as an innocent statement and I continued to be fearful that I would lose my job if I didn't sleep with him. At one point he told me he had "relationships" with three other women "over the years" and I asked what happened to those women. He said that "nothing bad" had happened to them and he was still in contact with them all.

8. During the next month, Greg requested me to make plans to accompany him in traveling to the offices of other managers but I avoided any such travel.

9. In about the week of May 8, 2002, Greg and Ken Yeoh came to the region to visit. Greg told me on his first day visiting that I would be getting a $6,000 raise to my base salary immediately and another raise in the same amount within 6 months. He expected my promotion to Regional Manager to be official "any day" and that when it was official, the bonus structure would also be completed and in effect.

10. In about the week of May 8, 2002, on one of the nights I was supposed to have dinner with Greg and Ken Yeoh and it turned out to be just me and Greg. He asked me to go to his room. I told him directly at that point that I did not feel right about sleeping with him and that I did not want to do it. He said "no hard feelings" but then insisted that I give him a hug before he left, despite my reluctance, so he would know I had "no hard feelings". I am sure he knew it is not what I wanted to be doing as I was stiff as a board.

11. After that my promotion was delayed, then changed completely in scope and the raise I was supposed to get "immediately" did not go through. I called Greg about it and he said that "Corky did not approve it". He told me to "not get hysterical" and to just wait.

12. On July 8, 2002, instead of being promoted to regional manager with the Boston and Woburn managers reporting to me, Greg told me I would just have the Boston manager reporting to me, "for now". Greg called me and told me to go to the Boston office and that while I was enroute he would inform Marie Catalano that she now reported to me. He told me that officially having the Woburn manager report to me was going to be delayed.

13. On July 8th, 2002, when I arrived in Boston, I believed that Marie would remain the branch manager and report to me. I later found out that in his conversation with her, he had demoted her to the position of Recruiter without telling me and that she did not accept the demotion.

14. Later in July of 2002, I informed Greg that this made her reason for leaving different from what I had told Sherry and that it needed to be changed so as to be accurate for unemployment and he said "I'll take care of it". I understand that he did not do so and that because of this, Marie's unemployment benefits were delayed for more than 6 weeks.

15. I asked Greg in about July of 2002, why I was not made the regional manager as we had discussed and he blamed it on Corky. I asked that Corky call me and explain the situation

16. In about July of 2002, Corky called me and told me that he didn't want me to be "overloaded". I began to ask questions and he cut me off and repeated that he thought it was best that I not be "overloaded" at this time. Instead of diminishing my load, by having competent managers in Woburn and in Boston, I had now to supervise four people in Boston without a manager to run that office plus the 9 people in the Wakefield office, thus increasing my load.

17. Finally in September 2002, I was told by Greg that I was officially the Regional Manager and that Mike Coleman, was to be promoted to manager of the Woburn office and was to report to me. He again denied me the pay increase, and unknown to me didn't tell Mike Coleman he was to report directly to me. At that time I had three times the responsibility and more direct reports than Greg Chrisos had and this detracted from my ability to make my own commission sales, with no increase in either base salary or bonus structure to increase my pay or even to

compensate for my loss of personal commissions. The combination of the base salary increases and the bonus structure was supposed to increase my pay by at least $30,000 per year and none of it had become effective.

18. Also in September, 2002, I was forced to take Peter Ernst, the demoted Woburn branch manager into the Boston office. I fought this strenuously because the things Peter had done were egregious, not just lacking in skill. (Falsifying his reports, sleeping in the manager's office on the floor all day and making his subordinates responsible for all the management work including the hiring and training of new employees).

   a. I had been told about Peter's offenses by Sandy (who had witnesses this in the Woburn office when she worked there) and asked by her to speak to Mike Coleman who was on the verge of leaving the company because of Peter's behavior. This was early in 2002. When Mike told me what was happening, I told Greg immediately and insisted that he do something about it. He put Peter on a 3-month probation and that is when we began active discussions about a promotion to Regional Manager for me. Peter's probation turned into many more months than 3 months. Peter remained the manager in Woburn until September when Mike Coleman was promoted to the position. I was very vocal in disapproving of a probation and especially such an extended probation because Greg had terminated two managers without such consideration (Stacy Bohn and Tonya Lynam) and neither of them had done any egregious wrongs as Peter had.
   b. Later I found out that Greg had known about Peter's actions long before I had told him. Sandy had told him quite some time before that and Greg did nothing to stop the situation.

19. Last November, 2002, the CEO, Corky Imhoff, flew east to give me a coveted national award which had been given only three times in the one hundred year history of the company and proclaimed in front of all my subordinates something to the effect that it was a big surprise that "a girl" could achieve something like this and "beat out the big boys". He continued to fail to give me any increase in pay, despite my repeated requests and award winning performance. Corky had made several such comments to me in the past such as "I hear you play like a girl" and "Mike Verona would hate to be beaten by a girl" and "Are you sure you can play with the big boys?" but I found these comments in front of my staff to be demeaning and particularly humiliating.

20. In January 2003, after my constant follow up on my increase in compensation, Greg raised my base salary slightly but continued to punish me for the refusal by not making it retroactive. By this time, by our agreement, it should have been raised by $12,000 and my bonus structure should have been effective for more than 6 months.

21. In about February 2003, I finally terminated Peter Ernst without Greg's permission because he would not do so. Peter was sleeping in my office while I was in Wakefield, intimidating other employees into "covering for him" and keeping it quiet that he would leave early or come in late and falsify his timecard

to reflect hours he did not work. Despite this and Peter's similar dishonest actions previously as Branch Manager, Greg gave him "a severance package". The production and profitability of both the Boston and Wakefield branches were significantly impacted by Greg's forcing me to keep Peter Ernst and paying him a severance out of our P&L.

22. In about March, 2003, I discovered that Michael Coleman did not know I was his direct manager, as he thought he was reporting to Greg, who called him all the time directly. I was in touch every day, but he acted as if Greg was the boss and I was a supervisor. "I didn't realize I was direct line to you". I addressed this with Greg repeatedly and he told me to "relax" and asked me if I was getting "PMS".

23. In about May or June, 2003, I learned that Greg sent Monica Friedman, a woman in a California office who had previously worked for me in Wakefield, a harassing email. Her manager noticed it and took it to Marilyn White the Vice President of the Western Region, Greg's counterpart. I understand Marilyn took it right to Corky.

24. I understood that nothing happened regarding Monica, and no one from Human Resources called to investigate. In fact, Greg was aware of the situation being reported and Human Resources was not. Greg called me because Monica had worked for me and tried to blame Monica, asking me, "Why is Monica doing this?" and asking me if it was because she is pregnant that she "isn't thinking right". A day or two later he told me that Corky had handled the matter and that Corky believed "Monica just had an axe to grind" because Greg did not follow through on a promise to Monica involving compensation.

25. During the Week of July 1, 2003, I became aware that Greg had sexually propositioned Lisa Marie Catalano, and when she turned him down, he had delayed her promotion to branch manager, then had demoted her after systematically undermining her authority and subjecting her to rules and conditions in running her branch office which led to low profitability which he then used to terminate her, without justification.

26. In about September 2002, I convinced Marie to come back to work for me. Greg opposed this move and I did not understand why since he had forced me to take Peter Ernst into the Boston office and he had demoted or rehired others who had left the company. He did not press the issue directly and Marie started back.

27. After Corky and Greg's visit, in November, 2002, Greg began to follow up with me about Marie's performance despite the fact that she had been doing well for just coming back to work and despite other people not doing well.

28. In December 2002 through April 2003, Greg pressured me about Marie (despite the fact that she had been asked to build a new market, Accounting/Finance) so much so that I jokingly said to him at one point "why are you out to get Marie?". I thought at the time that it was just animosity between the two. Greg had made many comments to me while Marie was a branch manager to the effect that he thought she was "neurotic", a "high-maintenance girl" and had "constant PMS"

    a. Before Marie had become a branch manager, in about September of 2000, Greg had offered me an override on her branch to "mentor" her and make sure she did well.

    b. After she became a branch manager in about January 2001, he suddenly changed his position and said that I should not give Marie any advice, that she should learn to come to him and not me. He still gave me the override on her branch.

29. From December 2002 through April 2003, Greg constantly called Marie a "drain on the payroll" and began referring to her as my "payroll problem". He continued to pressure me into terminating her.

30. At one point in about March 2003, Greg came to visit my office supposedly to see how I was handling things but spent almost no time in the branch I was in. He changed his schedule to be in Woburn, Boston, or Wakefield at the last minute more than once, which was unlike him. I later learned from Marie that he had been in the same office as she on every day of his trip except the first day when he arrived, that she had changed her own schedule in order to avoid him and that he suddenly changed his schedule thereafter in such a way as to be wherever she was and that she felt he did so to intimidate her, choosing to sit right across from her and making leading comments about how she was doing.

31. In April 2003, the same day I told Greg that I had terminated Marie, I got a call from Corky. His demeanor was gleeful and he told me he wanted to congratulate me "for getting rid of my payroll problem without even being told". I thought this was extremely odd since Corky had called me only three or four times in my whole career, I did not expect him to take such a keen interest in the termination of one employee, he was using the exact same words as Greg and I had certainly been told often to "get rid of [my] payroll problem".

32. About July 4, 2003, I became aware that the company was closing the office of Sandy Panarello, a woman who was a branch manager of the Tampa Florida office, who had worked in Woburn office in MA. She had been an absolute top performer, and won many awards, been a manager of offices and had trained and successfully performed in at least two offices. I believe she outperformed many male branch managers but was singled out for unnecessary interference and limitation on her territory, unlike the male managers. In the same manner that Lisa Marie Catalano was, Sandy was subjected to supervision and oversight by a man who had many years less experience, had won no awards, had far less experience with permanent placement and had no experience at all managing a branch office. This man reported directly to Greg.

33. On July 8, 2003, Greg made a remark that because I couldn't attend an evening function, did I "have a hot date".

34. On July 10 2003, our client Digilab had complained to me and to Gerry Godoury, one of my subordinates, about the collection practices of Matt Ziccarelli targeting their women and minority employees. I called Greg, who was en route to our

office so I talked to Corky Imhoff. He assured me Matt would not contact that client again commenting "Fine, if they don't want any calls from Matt, we'll just file suit against them and then they won't have to talk to Matt."

35. On Friday, July 11, 2003, Greg Chrisos arrived at our office in Wakefield and for part of the morning sat across from me. During that time, I heard him on certain phone calls and in one case he was describing a woman as a "crusty old broad".

36. I went to lunch with Greg. While in the car he told me that the new manager in Atlanta was doing a great job because she was an attractive woman.

37. When we got back to the office, I was informed by my assistant, Dawn Berrardino, that there had been an incident involving Digilab, the client which owes Gen Tech money. Dawn told me Gerry was literally shaking when he got off the phone.

38. Dawn told me that the client manager, Lief Honda, had Matt on the other line and conferenced Gerry into the call without Matt's knowledge so that Gerry could hear what was being said.

39. Gerry returned to the office and I asked him to tell Greg Chrisos, the VP and me what had happened. We met in my office. Gerry said that Matt "attacked" Lief and made it a very "personal attack" He said that Matt was making fun of Lief's name, saying things like" What kind of a name is "Lief"? and making other sarcastic and taunting comments about the sound of his name.

40. Greg asked for the aging report and looked at how much money Digilab owes us and justified Matt's actions as "necessary under the circumstances" Gerry went on to tell Greg of other circumstances he had been informed about in which Matt repeatedly called the secretary to the president and used similar degrading and personal comments such as "get off your useless ass and get the President on the phone". Greg said that "Matt sits next to Corky and me all day" and "makes us laugh" by telling people to "do your job and go get (whoever)" but it's not that bad. He never swears". His implication was that the client was exaggerating.

41. It was at this point that Gerry told Greg that Gerry had actually heard this first hand. I reminded Greg I had spoken to both him and Corky about this the previous day and that Corky had assured me that Matt would be prevented from doing this again or calling that specific client at all. Greg asked us what we wanted done about this.

42. I told him that we wanted Matt to stop using tactics against women and minorities like this. Greg continued to justify that "this is a tactic that works" because "the secretary will go crying to her boss and then the boss will have to talk to Matt." Greg also said, "This is a very effective tactic and we want Matt to get your money".

43. At this point Gerry resigned. He said that since it was clear that the company approved of this, he didn't want to work for the company. He said"I'm not going

to sell my integrity for a commission," He also said that he had done collections for three years before working at GenTech and that he "knew this is wrong".

44. I told Gerry, in front of Greg, that he did not need to quit his job in order to get this stopped or not be a party to it. I told Gerry that I agreed with him and I asked him to not make a hasty decision but to see if we would be able to work out a solution with the company.

45. I then asked Greg if we could first do our own collections on the branch level as the General Employment managers do. He said he didn't have the authority to make that decision and agreed to call Corky Inhoff "right away". Greg got out his cell phone and left the office to make his call.

46. Meanwhile, I reassured Gerry that even if they would not act, I would. I told him that I was behind him and that we would just wait and see what Corky did about it and then talk again.

47. During Greg's visits, he normally sits in the chair beside each person's desk (used for applicant interviews), and talks to each one in the open office, along side their own work station, about their business, prospects and performance. Before the incident with Digilab Greg had told me that he planned to "do things a little differently this time" and meet with people "individually" in my office. I was very surprised because he had never done that before.

48. When Greg returned to the office he began calling people into my office to meet with him behind closed doors.

49. One of my subordinates is a 20 year old, Amanda "Mandi" Medina. She is a recruiter who has been doing well with her recruiting recently but has experienced some personal problems. I got uneasy at the length of time Greg was in my office with Mandi. It was at least three times as long as he had spent with anyone else.

50. Greg came to my desk at one point in between meeting with my staff and expressed that he was short on time and "might not get to Gerry." I told him that this would not be fair and he did talk to Gerry.

51. We all went to Kowloon for drinks with Greg. (me, Kim Cullen, Marcea Taylor, Mandi Medina, Dewayne Palm, Brett Romanofsky, Mike Coleman, Gerry Gadourey, Dawn Berardino and Greg Chrisos) at about 6 p.m. Gerry, Kim, Mike and Dewayne left early.

52. At about 10:30 p.m. I went outside to have a cigarette, leaving the others at the table. Dawn Berardino came out to get me and expressed that she did not know what to do because "Greg has his hands all over Mandi."

53. I immediately accompanied her back to the table, telling her to get Mandi out of the building and that I would confront Greg. As I walked up to the table I observed that Greg had his back to me as did Mandi, who was seated next to him. Marcie was on his other side. I saw Greg's hand on Mandi's thigh as I

approached behind them. I moved behind Marcea and tried to signal Mandi. She made eye contact with me and I mouthed the words "Is that his hand on your leg??" While I made hand signals pointing towards his hand. She nodded and made a gesture indicating that she didn't know what to do.

54. Marcea moved and Greg moved his hands but was then leaning over looking down Mandi's shirt. I said "What are you doing??" and Mandi, Marcea, Dawn and Brett left together at that point to go outside.

55. I was very upset and asked Greg again "What are you doing??" He smiled and said "Come on, it was harmless." I said "Greg, she is 19 years old – how Can you say that?" He replied, "Come on, how often do I get to touch a 19 year-old girl?"

56. I asked him, "What did you do to Marie." He said, " Nothing" I replied, "Don't tell me nothing." Greg replied, "I just kissed her. It was no big deal."

57. I told him it was not harmless, that he had ruined Marie's career. I accused him of taking advantage of women. At one point I said, "You did same thing to her that you did to me. Who else have you done this to? What about those other girls you just got rid of when it made no sense--Tonya [Lynam] and Stacy [Bohn]" (I had previously argued with him that it made no sense to fire these two women I had identified as potential leaders and helped him to get them committed to management. They and Lisa Marie Catallano and Sandy Panarello had been interfered with by Ken Yeoh and had all been top producers before, and were driven into the ground. There were other more logical offices to close when their offices were closed). He replied, "I never slept with them. I only slept with Lauren Grub and a consultant in Maitland office". [Lauren had been a manager and the Maitland office is in Orlando area].

58. I had heard that the Maitland office was the only office in the country with a protected territory, where a neighboring office was forbidden to call on Orlando customers. This had adversely affected Sandy Panarello, one of the company's top producers, who had transferred to Tampa Florida, and been barred from seeking Orlando corporate customers even after she had made placements with these companies, they were taken away and given to the Maitland office. I am not aware of any other branch in the country with a protected territory. I suspect that Greg was either protecting the commissions of the woman he was sleeping with, or the branch manager knew what was happening and used it as leverage.

59. I said I couldn't believe he was doing to Mandy what he had done to me, and he said, "You wanted me to." I told him he knew I did not and then I said, "Is this why you haven't paid me for my work in a year?". I said not to have any more contact with us and that I was not going to keep this quiet, and I left.

60. Marcea, Mandi and Dawn were standing in front of the building and I brought my car around and live-parked, and got out; I intended to give Dawn and Mandi a ride home. I offered to give Mandi a ride and she expressed that she wanted Marcea to drive her home. Marcea said, "Don't worry, I'll get her home safe – I saw what you saw and I'll bring her home safe."

61. At that point, Greg came out and came over to our group and put his hand on my back, rubbing up and down. I was very upset and said "You need to go right now," and he left.

62. That evening he called my cell phone and left a message, asking me to have breakfast with him in the morning to discuss what he called my "misinterpretation" of events. I avoided several calls from him over the weekend.

63. July 12, 2003 He sent me an email over the weekend admitting that everything I accused him of was true and asking me to forgive him. I put a call into Sherry Hubacek, our Human Resources Manager, over this same weekend and sent an email so as to be sure she got my message right away when she got in the office. I had heard from Mandi and Mandi's mother over the weekend and they were very concerned that Greg had called and left a message on their voicemail asking Mandi to call him. They did not know how Greg came to be in possession of her phone number and were deeply concerned.

64. July 14, 2003, On Monday morning at 9:30 AM eastern time when I still had not heard from Sherry, I called Anna Singsuan in the corporate office. I asked if Sherry was in and Anna said she didn't know but thought maybe she was taking the day off. I told her that I needed her to tell Corky to call Sherry at home and ask her to check her voicemail and her email. I was emphatic in telling Anna to make sure that Corky and Greg knew that I did not want to be contacted from anyone but Sherry.

65. July 14, 2003, About an hour later, Greg called my office. He said, "This is Greg..." and I cut him off and said, "I don't want to talk to you." He said, "We wanted to let you know what we are doing..." and I cut him off again and said, "I don't want to talk to you. I can't believe you are calling me." And then I hung up. Marcea Taylor was sitting across from me at the time and heard my conversation with him.

66. July 14, 2003, Anna called a little later and I put her on hold and conferenced Gerry Gadoury into the call. Anna repeated Greg's exact words, "We wanted to let you know what we are doing. We have left a message on Sherry's voicemail at home." I asked her who "we" was and she said that Corky instructed her to call. I asked her if Corky knew what was going on and she verified that he had checked Sherry's email.

67. July 14, 2003. Matt called repeatedly throughout the day about "Digilab." Since Corky had told me the previous week that we were just going to start the legal process and stop collection actively and in light of my and Gerry's conversation with Greg and Greg's subsequent call to Corky about this issue, I took Matt's calls to be deliberate attempts at harassment.

68. I requested my attorney, Elizabeth Rodgers, be present at any interview, so that I might understand my rights and not be badgered, in light of the badgering,

harassing, sharing of information and fear I have that my opposition to Greg Chrisos will lead to an intolerable situation.

69. Since I requested prompt action, but requested that Matt and Greg not contact me or employees who report to me, I have been subjected to completely unprecedented rejection of contract language with Key customers, delay of necessary business tools and the resulting loss of at least one client. Greg was not prevented from calling my employees and I was instructed by Human Resources to contact Matt if I wanted this contract worked out. This is a retaliatory attack on our office for opposing the practices of sexual harassment and sexual discrimination. Because Matt has used extremely aggressive tactics in collection, I fear extremely aggressive action in interfering with my business to the detriment of me and my staff.

Signed under the pains and penalties of perjury

_____
Lisa Riley