UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

LISA RILEY, LISA MARIE CATALANO,
SANDY PANARELLO and
AMANDA MEDINA,
           Plaintiffs

v.

GENERAL EMPLOYMENT
ENTERPRISES, TRIAD PERSONNEL
SERVICES INC, GREGRORY CHRISOS,
HERBERT IMHOFF and KIM CULLEN,
           Defendants

Civil Action No. 04-12318-RWZ

---

## JOINT MOTION TO AMEND SCHEDULING ORDER

The parties respectfully submit this Joint Motion to Amend Scheduling Order to extend the time within which the parties may complete the two day depositions of Plaintiffs and advise this Court regarding mediation. As grounds, as further detailed below, the parties state that the nature of several Plaintiffs' schedules, a pending Motion for Protective Order, and a possible conflict of interest issue that has recently arisen for the Plaintiffs' attorney have made it impossible to arrange for completion of Plaintiffs' two day depositions by the end of December 2005, pursuant to the Court's September 7, 2005 Scheduling Order. The parties request that they be granted three months from the Court's ruling on a pending Motion for Protective Order to complete the depositions and provide a status on possible mediation of this matter.

Since the September 7, 2005 Scheduling Conference, the parties have conducted written discovery and attempted to schedule and complete the depositions of the Plaintiffs. The parties took the first day of Plaintiff Medina's deposition on October 25, 2005. During that deposition, the Plaintiffs served a Motion for Protective Order which is pending before this Court. The Defendants remain unable to take the second day of Plaintiff Medina's deposition until after the

Court rules on this Motion for Protective Order. On December 13, 2005, the Defendants completed approximately five hours of Plaintiff Riley's deposition before Plaintiffs' counsel realized that there may exist a conflict of interest between Plaintiff Riley and Plaintiff Catalano.[1] At Plaintiffs' counsel's request, the depositions of Defendant Chrisos and Plaintiff Catalano, scheduled for December 16 and December 20, 2005, respectively, have been indefinitely postponed pending resolution of the Plaintiffs' conflict of interest.

Accordingly, the parties move the Court to amend its September 7, 2005 Scheduling Order so that the Plaintiffs' two day depositions and two days of depositions of Defendants Chrisos and Imhoff are to be completed within three months of the Court's ruling on the pending Motion for Protective Order.

|  | Respectfully submitted, |
|---|---|
| LISA RILEY, LISA MARIE CATALANO, SANDY PANARELLO and AMANDA MEDINA | GENERAL EMPLOYMENT ENTERPRISES, INC., TRIAD PERSONNEL SERVICES, INC., HERBERT IMHOFF, JR., and KIM CULLEN |
| By their attorneys, | By their attorneys, |
| _/s/ Elizabeth A. Rodgers_<br>Elizabeth A. Rodgers, BBO #424360<br>Rodgers, Powers & Schwartz LLP<br>18 Tremont Street<br>Boston, MA 02108<br>(617) 742-7010 | _/s/ Jeffrey S. Brody_<br>Jeffrey S. Brody, BBO #566032<br>Heather L. Stepler, BBO #654269<br>JACKSON LEWIS LLP<br>75 Park Plaza, 4th Floor<br>Boston, MA 02116<br>(617) 367-0025 |

---

[1] The Motion for Protective Order addresses matters pertinent to Plaintiff Riley as well. Accordingly, the second day of Plaintiff Riley's deposition cannot be completed until the Court rules on this Motion.

GREGORY CHRISOS

By his attorneys,

*/s/ Christian G. Samito*
Cheryl A. Waterhouse, BBO #547058
Christian G. Samito, BBO #639825
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02110
(617) 406-4500

Dated: December 22, 2005
00967256