UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

LISA RILEY, LISA MARIE CATALANO,
SANDY PANARELLO and
AMANDA MEDINA,
          Plaintiffs

v.

GENERAL EMPLOYMENT
ENTERPRISES, TRIAD PERSONNEL
SERVICES INC, GREGORY CHRISOS,
HERBERT IMHOFF and KIM CULLEN,
          Defendants

Civil Action No. 04-12318-RWZ

---

## JOINT STATEMENT REGARDING CASE STATUS

The parties respectfully submit this Joint Statement Regarding Case Status in response to the Court's inquiry regarding the status of the case.

1. As the court has recently ruled upon Plaintiffs' Motion For Protective Order, the parties expect to complete Phase I of discovery, pursuant to the Court's September 7, 2005 Scheduling Order, including outstanding document production and depositions of the Plaintiffs, Defendant Gregory Chrisos, and one representative from Defendant General Employment Enterprises, by July 31, 2006.

2. Following Phase I of discovery, the parties intend to mediate this case in August, 2006, per the Court's Scheduling Order.

3. The parties will report to the Court regarding the status of the case after mediation. If the case is not resolved at mediation, the parties will need to complete the remaining discovery which was not part of Phase I of discovery and will submit to the Court a Joint Statement regarding a proposed schedule for Phase II of discovery.

|  |  |
|---|---|
| LISA RILEY, LISA MARIE CATALANO, SANDY PANARELLO and AMANDA MEDINA | Respectfully submitted,<br><br>GENERAL EMPLOYMENT ENTERPRISES, INC., TRIAD PERSONNEL SERVICES, INC., HERBERT IMHOFF, JR., and KIM CULLEN |
| By their attorneys, | By their attorneys, |
| /s/ Elizabeth A. Rodgers (JSB)<br>Elizabeth A. Rodgers, BBO #424360<br>Sara Smolik, BBO # 661341<br>Rodgers, Powers & Schwartz LLP<br>18 Tremont Street<br>Boston, MA 02108<br>(617) 742-7010 | /s/ Jeffrey S. Brody<br>Jeffrey S. Brody, BBO #566032<br>Heather L. Stepler, BBO #654269<br>JACKSON LEWIS LLP<br>75 Park Plaza, 4th Floor<br>Boston, MA 02116<br>(617) 367-0025; (617) 367-2155 – fax |
|  | GREGORY CHRISOS |
|  | By his attorneys, |
|  | /s/ Cheryl A. Waterhouse (JSB)<br>Cheryl A. Waterhouse, BBO #547058<br>Christian G. Samito, BBO #639825<br>Donovan Hatem LLP<br>Two Seaport Lane<br>Boston, MA 02110<br>(617) 406-4500 |

Dated: May 31, 2006

## CERTIFICATE OF SERVICE

This is to certify that on this 31st day of May, 2006, a copy of the foregoing document was electronically filed with the U.S. District Court for the District of Massachusetts through its Electronic Case Filing System.

/s/ Jeffrey S. Brody
Jackson Lewis LLP