# RODGERS, POWERS & SCHWARTZ LLP

18 Tremont Street  
Boston, MA 02108  
Tel. (617) 742-7010  
Fax (617) 742-7225

*ATTORNEYS AT LAW*

FILED
*[Clerk's Office stamp]*
2006 AUG -7 P 3: 09
U.S. DISTRICT COURT
DISTRICT OF MASS

Elizabeth A. Rodgers, P.C.  
erodgers@TheEmploymentLawyers.com

August 4, 2006

Jay Johnson, Docket Clerk  
John Joseph Moakley Courthouse  
1 Courthouse Way  
Boston MA  02210

Re:
    Riley et. al. v. General Employment Enterprises.  
    C.A. No. 04-12318-RWZ

Dear Clerk Johnson:

I represent the Plaintiff in the above referenced matter. Please note that my office will be closed from August 7, 2006 until August 14th, 2006. Please hold all correspondence until August 14, 2006 at which point the office will be staffed by my associate Sara Smolik. I will return to the office on August 21, 2006.

The opposition attorneys in the above referenced matter will be notified by copy of this letter. Thank you for your attention to this matter.

                    Sincerely,

                    Elizabeth A. Rodgers

Cc:
    Jeffrey Brody Esq.  
    Cheryl Waterhouse Esq.

Harvey A. Schwartz, P.C.  
Kevin G. Powers  
Elizabeth A. Rodgers, P.C.  
Jonathan J. Margolis  
Robert S. Mantell  
Linda Evans  
Laurie A. Frankl  
Sara Smolik

www.TheEmploymentLawyers.com