UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

LISA RILEY, LISA MARIE CATALANO, SANDY PANARELLO and AMANDA MEDINA

          Plaintiffs

vs.

GENERAL EMPLOYMENT ENTERPRISES, TRIAD PERSONNEL SERVICES INC, GREGRORY CHRISOS, HERBERT IMHOFF and KIM CULLEN

          Defendants.

Civil Action No. 04-12318RWZ

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between all Plaintiffs and all Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this action shall be and hereby is dismissed with prejudice and without costs or attorneys' fees to any party.

Respectfully Submitted,

| | |
|---|---|
| LISA RILEY, LISA MARIE CATALANO, SANDY PANARELLO and AMANDA MEDINA | GENERAL EMPLOYMENT ENTERPRISES, INC., TRIAD PERSONNEL SERVICES, INC., HERBERT IMHOFF, JR., and KIM CULLEN |
| By their attorneys, | By their attorneys, |
| /s/ Elizabeth A. Rodgers | /s/ Jeffrey S. Brody |
| Elizabeth A. Rodgers, BBO #424360 | Jeffrey S. Brody, BBO #566032 |
| Rodgers, Powers & Schwartz LLP | Heather Stepler, BBO #654269 |
| 18 Tremont Street | JACKSON LEWIS LLP |
| Boston, MA 02108 | 75 Park Plaza, 4th Floor |
| (617) 742-7010 | Boston, MA 02116 |
| | (617) 367-0025; (617) 367-2155-fax |

GREGORY CHRISOS

By his attorneys,

_____
Cheryl A. Waterhouse, BBO #547058
Christian G. Samito, BBO #639825
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02110
(617) 406-4500

## CERTIFICATE OF SERVICE

    This is to certify that on this 18th day of April, 2007, a copy of the foregoing document was electronically filed with the U.S. District Court for the District of Massachusetts through its Electronic Case Filing System.

                                        /s/ Heather L. Stepler
                                        Jackson Lewis LLP